IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

LEON G. WORK,

      Plaintiff,

  v.

CAROLYN L. COLVIN,
Commissioner of Social Security,

      Defendant.

No. 6:13-cv-597-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that the ALJ's conclusion was supported by substantial evidence. Accordingly, I

1 - ORDER

ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#28) is adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this __17__ day of October, 2014.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER